UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-133-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DORA MAYBE DAMATTA-RODIRIGUEZ | NOTICE OF APPEAL |

      Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Dora Maybe Damatta-Rodriguez , hereby appeals to the Fourth Circuit Court of Appeals from the Judgment entered in this court in the above-captioned case. As Judgment was entered by the Honorable Louise W. Flanagan, on April 17, 2019, this notice is therefore filed within the time specification established in Rule 4.

      Respectfully requested this 17th day of April, 2019.

      G. ALAN DuBOIS
      Federal Public Defender

      /s/ Stephen C. Gordon
      STEPHEN C. GORDON
      Assistant Federal Public Defender
      Attorney for Defendant
      Office of the Federal Public Defender
      150 Fayetteville Street, Suite 450
      Raleigh, North Carolina 27601
      Telephone: 919-856-4236
      Fax: 919-856-4477
      E-mail: Stephen_Gordon@fd.org
      N.C. State Bar No. 15873
      LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on April 17, 2019, using the

CM/ECF system which will send notification of such filing to the above.

This the 17th day of April, 2019.

/s/ Stephen C. Gordon
STEPHEN C. GORDON
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Stephen_Gordon@fd.org
N.C. State Bar No. 15873
LR 57.1 Counsel Appointed