FILED: April 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4266
(7:18-cr-00133-FL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DORA MAYBE DAMATTA-RODRIGUEZ, a/k/a Dora Maybe Rodriguez-DeAlejo

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the Eastern District of North Carolina to represent Dora Maybe Damatta-Rodriguez in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk